UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EFRAIN ARCE, | Civil Action No. 09-3082 (SRC) |
| Plaintiff, | |
| v. | ORDER |
| BRUCE W. SAPP, et al., | |
| Defendants. | |

**CHESLER, U.S.D.J.**

The Court having granted Plaintiff Efrain Arce's petition to proceed in forma pauperis (docket entry no. 9),

**IT IS** on this 13th day of December, 2010

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without prepayment of the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the Complaint and summons upon each defendant, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States.

    s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.